# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONGYU ZHANG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　Defendants. | Case No. 25-cv-85<br><br>**Judge Hon. William S. Stickman IV** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| baodingzongqiongkejiyouxiangongsi | 13 |
| Decaistore | 31 |
| fshengbing | 43 |
| FUNSTORE US | 44 |
| Juntimehi | 73 |
| lijudedian | 87 |
| LYFFY20 | 96 |
| maosuguoji | 98 |
| Marcel Yiaminss | 100 |
| POFATO BAG | 120 |
| POFATO FRAMES | 121 |
| RRUIXINi | 130 |
| Vomwwlix | 151 |

2

| | |
|---|---|
| VunKo | 153 |
| yanshanmaoyi | 169 |
| yavitte | 170 |
| yuxiad12 | 175 |
| Zhaoliany | 179 |
| Good Luck Home Shop | 197 |
| Sweet Home Time | 221 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: February 27, 2025

Respectfully submitted,

By: /s/ Keaton Smith
Keaton D. Smith IL #6347736
Michael Mitchell IL #6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*